

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00372-CV

IN RE JON BOWMAN                                        RELATOR

\-\-\-\-\-\-\-\-\-\-\-

## ORIGINAL PROCEEDING

\-\-\-\-\-\-\-\-\-\-\-

## MEMORANDUM OPINION[1]

\-\-\-\-\-\-\-\-\-\-\-

The court has considered Relator's petition for writ of mandamus and emergency motion for stay and Real Party in Interest Christina's Mexican Restaurant Flower Mound Private Club, Inc. and Artis Partnership, L.P.'s response and is of the opinion that all relief should be denied. Accordingly, this court's October 20, 2010 stay is lifted and Relator's petition for writ of mandamus and motion for stay are denied.

---

[1]*See* Tex. R. App. P. 47.4., 52.8(d).

The court has also considered Christina's emergency motion for temporary relief and is of the opinion that the motion should be denied as moot. Accordingly, Christina's emergency motion for temporary relief is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

TERRIE LIVINGSTON
CHIEF JUSTICE

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and MCCOY, JJ.

DELIVERED:  November 3, 2010